**Order entered December 30, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00152-CR

### JAVIER ARRIAGA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 203rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F-1955884-P

### ORDER

We **REINSTATE** this appeal.

On December 20, 2022, we denied appellant's fourth motion for extension of time to file his brief and ordered the trial court to conduct a hearing and make findings and recommendations regarding why appellant's brief had not been filed. On December 28, 2022, counsel for appellant transmitted appellant's brief to this Court together with another motion for extension of time to file the brief.

We **GRANT** appellant's December 28, 2022 motion for extension of time to file the brief, and we **ORDER** the brief received December 28, 2022, filed as of the date of this order.

We **WITHDRAW** our order of December 20, 2022 requiring the trial court to conduct a hearing and make findings and recommendations regarding why appellant's brief had not been filed.

/s/ LANA MYERS
   JUSTICE